NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1171, -1558

OUTSIDE THE BOX INNOVATIONS, LLC (doing business as Union Rich USA),

Plaintiff/Counterclaim Defendant-
Cross-Appellant,

and

BONAKA LIMITED, BONAKA PLASTIC MANUFACTURING CO., LTD.,
UNION RICH PLASTIC FACTORY, LTD., CHRISTOPHER URE,
and MATT WILLIAMS,

Counterclaim Defendants-Appellees,

and

TERRY KINSKEY and LYNN MARTINEAU,

Counterclaim Defendants,

v.

TRAVEL CADDY, INC.

Defendant/Counterclaimant-
Appellant,

and

ROOSTER PRODUCTS (doing business as The Rooster Group),

Defendant/Counterclaimant.

Appeal from the United States District Court for the Northern District of Georgia
in case no. 1:05-CV-2482, Senior Judge Orinda D. Evans.

ON MOTION

Before LOURIE, Circuit Judge.

O R D E R

Outside the Box Innovations, LLC move without opposition to substitute J. Rodman Steele, Jr. as principal counsel. Outside the Box moves for an extension of time to cross-designate material for the joint appendix. Travel Caddy moves without opposition for an extension of time to file its brief and for a 14-day extension of time, until November 30, 2009, to respond to Outside the Box's motion to disqualify Travel Caddy's counsel. The parties move to stay the briefing schedule for 60 days.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The motion to substitute counsel is granted.

(2)    The briefing schedule is stayed, pending disposition of the motion to disqualify Travel Caddy's counsel. The motion for an extension of time to file a brief, the motion for an extension of time to designate materials and the motion to stay the briefing schedule are denied as moot.

(3)    Travel Caddy's motion for an extension of time to file a response to the motion to disqualify is granted.

FOR THE COURT

NOV 2 5 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Robert M. Ward, Esq.
       J. Rodman Steele, Jr., Esq.
       Joel D. Myers, Esq.
       Jeffrey D. Mills, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 2 5 2009

JAN HORBALY
CLERK

2009-1171, -1558                    2